B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**T-L Village Green LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-2069252** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Tri-Land Properties, Inc.**<br>**One Westbrook Corporate Center**<br>**Suite 520**<br>**Westchester, IL**                    ZIP Code **60154** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Village Green Shopping Center**<br>**648-678 N. Northwest Highway**<br>**Park Ridge, IL 60068** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **T-L Village Green LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Tri-Land Properties, Inc.** | Case Number: **12-22623** | Date Filed: **7/11/12** |
| --- | --- | --- |
| District: **Northern District of Indiana** | Relationship: **Corporate Manager** | Judge: **J. Philip Klingeberger** |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | T-L Village Green LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____/s/ David K. Welch_____  2-1-13
Signature of Attorney for Debtor(s)

DAVID K. WELCH 06183621
Printed Name of Attorney for Debtor(s)

Crane, Heyman, Simon, Welch & Clar
Firm Name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Address

312-641-6777  Fax: 312-641-7114
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____/s/_____  2-1-13
Signature of Authorized Individual

Tri-Land Properties, Inc. By Richard Dube, President
Printed Name of Authorized Individual

Manager
Title of Authorized Individual

2/1/2013
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Indiana

In re    **T-L Village Green LLC**                     Case No. _____

                                               Debtor(s)           Chapter    **11**

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ace Board-Up Company, Inc. 5460 N. Milwaukee Ave. Chicago, IL 60603 | Ace Board-Up Company, Inc. 5460 N. Milwaukee Ave. Chicago, IL 60603 | | | 430.00 |
| Ace Coffee Bar 601 E. Lake St. Streamwood, IL 60107 | Ace Coffee Bar 601 E. Lake St. Streamwood, IL 60107 | | | 45.67 |
| Al Pine Irrigation Co. 5005 New Port Drive. Rolling Meadows, IL 60008 | Al Pine Irrigation Co. 5005 New Port Drive. Rolling Meadows, IL 60008 | | | 100.00 |
| AT&T PO Box 5080 Carol Stream, IL 60197-5080 | AT&T PO Box 5080 Carol Stream, IL 60197-5080 | | | 184.29 |
| CBM Printing, Inc. 15W700 79th St. Unit 4 Burr Ridge, IL 60527-7964 | CBM Printing, Inc. 15W700 79th St. Unit 4 Burr Ridge, IL 60527-7964 | | | 153.88 |
| Circle W Tractor & Equip. 3834 N. Paulina St. Chicago, IL 60613 | Circle W Tractor & Equip. 3834 N. Paulina St. Chicago, IL 60613 | | | 257.75 |
| Commonwealth Edison PO Box 6111 Carol Stream, IL 60197-6111 | Commonwealth Edison PO Box 6111 Carol Stream, IL 60197-6111 | | | 1,200.00 |
| Doyle Signs, Inc. 232 Interstate Rd. Addison, IL 60101 | Doyle Signs, Inc. 232 Interstate Rd. Addison, IL 60101 | | | 450.62 |
| DZA ASSOCIATES, INC. Deluca & Zuwala 17W220 22nd St Suite 400 Oak Brook Terrace, IL 60181 | DZA ASSOCIATES, INC. Deluca & Zuwala 17W220 22nd St Oak Brook Terrace, IL 60181 | | | 5,735.85 |
| Homewood Disposal Service, Inc. 1501 W. 175th Street Homewood, IL 60430 | Homewood Disposal Service, Inc. 1501 W. 175th Street Homewood, IL 60430 | | | 465.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  T-L Village Green LLC
           Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Marketplace Media Group<br>115 South Grove Ave.<br>Suite 207<br>Elgin, IL 60120 | Marketplace Media Group<br>115 South Grove Ave.<br>Suite 207<br>Elgin, IL 60120 | | | 2,410.00 |
| Nicor<br>Po Box 0632<br>Aurora, IL 60587-0632 | Nicor<br>Po Box 0632<br>Aurora, IL 60587-0632 | | | 200.00 |
| PM Printing, Inc.<br>P.O. Box 263<br>Lyons, IL 60534 | PM Printing, Inc.<br>P.O. Box 263<br>Lyons, IL 60534 | | | 57.89 |
| Protection One Alarm Monitoring, Inc.<br>P.O. Box 219044<br>Kansas City, MO 64121-9044 | Protection One Alarm Monitoring, Inc.<br>P.O. Box 219044<br>Kansas City, MO 64121-9044 | | | 277.13 |
| Runnion Equipment Co.<br>7950 W. 47th St.<br>Lyons, IL 60534 | Runnion Equipment Co.<br>7950 W. 47th St.<br>Lyons, IL 60534 | | | 136.00 |
| Tovar Snow Professionals, Inc.<br>25817 Network Place<br>Chicago, IL 60673 | Tovar Snow Professionals, Inc.<br>25817 Network Place<br>Chicago, IL 60673 | | | 1,455.00 |
| W.W. Grainger, Inc.<br>Dept 812035343<br>Palatine, IL 60038-0001 | W.W. Grainger, Inc.<br>Dept 812035343<br>Palatine, IL 60038-0001 | | | 815.86 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  2/1/2013

Signature _____
Tri-Land Properties, Inc. By Richard Dube, President
Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
 TRI LAND PROPERTIES, INC.
1 WESTBROOK CORP CENTER
SUITE 520
WESTCHESTER, IL 60154


ACE BOARD-UP COMPANY, INC.
5460 N. MILWAUKEE AVE.
CHICAGO, IL 60603


ACE COFFEE BAR
601 E. LAKE ST.
STREAMWOOD, IL 60107


AL PINE IRRIGATION CO.
5005 NEW PORT DRIVE.
ROLLING MEADOWS, IL 60008


AT&T
PO BOX 5080
CAROL STREAM, IL 60197-5080


CBM PRINTING, INC.
15W700 79TH ST.
UNIT 4
BURR RIDGE, IL 60527-7964


CIRCLE W TRACTOR & EQUIP.
3834 N. PAULINA ST.
CHICAGO, IL 60613


COLE TAYLOR BANK
5501 W. 79TH ST.
BURBANK, IL 60459


COMMONWEALTH EDISON
PO BOX 6111
CAROL STREAM, IL 60197-6111
```

```
COOK COUNTY TREASURER
PO BOX 4468
CAROL STREAM, IL 60197-4468


DOYLE SIGNS, INC.
232 INTERSTATE RD.
ADDISON, IL 60101


DZA ASSOCIATES, INC.
DELUCA & ZUWALA
17W220 22ND ST
SUITE 400
OAK BROOK TERRACE, IL 60181


HOMEWOOD DISPOSAL SERVICE, INC.
1501 W. 175TH STREET
HOMEWOOD, IL 60430


MARKETPLACE MEDIA GROUP
115 SOUTH GROVE AVE.
SUITE 207
ELGIN, IL 60120


NICOR
PO BOX 0632
AURORA, IL 60587-0632


PM PRINTING, INC.
P.O. BOX 263
LYONS, IL 60534


PROTECTION ONE ALARM
MONITORING, INC.
P.O. BOX 219044
KANSAS CITY, MO 64121-9044


RUNNION EQUIPMENT CO.
7950 W. 47TH ST.
LYONS, IL 60534
```

```
TOVAR SNOW PROFESSIONALS, INC.
25817 NETWORK PLACE
CHICAGO, IL 60673


TRI-LAND HOLDINGS, INC.
ONE WESTBROOK CORP. CENTER
SUITE 520
WESTCHESTER, IL 60154


TRI-LAND PROFITS INTEREST II, LLC
C/O TRI-LAND PROPERTIES, INC.
ONE WESTBROOK CORP. CENTER
SUITE 520
WESTCHESTER, IL 60154


W.W. GRAINGER, INC.
DEPT 812035343
PALATINE, IL 60038-0001
```

**United States Bankruptcy Court**
Northern District of Indiana

In re  T-L Village Green LLC
Debtor(s)

Case No.
Chapter  11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  T-L Village Green LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Tri-Land Village Green Investors LLC,
a Delaware limited liability company

☐ None [*Check if applicable*]

Date  2-1-13

DAVID K. WELCH
Signature of Attorney or Litigant
Counsel for  T-L Village Green LLC
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114